PROB 12C
(6/16)

Report Date: July 23, 2024

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Nash M. Teal | Case Number: 0980 2:21CR00078-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99218 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: February 15, 2022

| | | |
|---|---|---|
| Original Offense: | Possession with Intent to Distribute Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C) | |
| Original Sentence: | Prison 30 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Michael James Austen Ellis | Date Supervision Commenced: July 3, 2024 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: July 2, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On July 5, 2024, a United States probation officer (USPO) reviewed the conditions of supervised release with Mr. Teal. He signed the judgment acknowledging his understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: It is alleged that Mr. Teal violated the above stated condition by consuming methamphetamine on or about July 5, 2024. |
| | On July 5, 2024, Mr. Teal submitted to urinalysis testing (UA) conducted and observed by the undersigned USPO. The instant results showed presumptive positive for amphetamine and methamphetamine. Mr. Teal was questioned as to the results and denied any use of illicit substances; Mr. Teal signed a denial form attesting to this. The urine sample was packaged and sealed in Mr. Teal's presence, and sent to the national testing lab (NTL) for confirmation. |
| | On July 9, 2024, the NTL received the sample and reported the results on July 12, 2024. The NTL reports that Mr. Teal's sample tested positive for amphetamine and methamphetamine. |

Prob12C
Re: Teal, Nash M.
July 23, 2024
Page 2

2 **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Mr. Teal failed to report to the undersigned USPO as directed on July 18 and 19, 2024.

Mr. Teal was contacted via phone on July 17, 2024, and was directed to report to the undersigned USPO in office at the Thomas S. Foley U.S. Courthouse on July 18, 2024, between the hours of 8 a.m. and 9 a.m.. Mr. Teal failed to report as directed and made no attempt to contact the undersigned USPO. Contact was attempted with Mr. Teal via phone, but was unsuccessful and a voice mail was left. Contact was then made with Mr. Teal's girlfriend via phone. She advised she would have Mr. Teal contact the undersigned USPO.

On July 19, 2024, Mr. Teal called and left a voice mail for the undersigned USPO. A return call was made and Mr. Teal was again directed to report to the undersigned USPO in office by the close of business at 5 p.m. on this date. Again, Mr. Teal failed to report as directed and made no further effort to contact the undersigned USPO.

On July 22, 2024, the undersigned USPO attempted to contact Mr. Teal via phone again. This was unsuccessful and a voice mail was left directing Mr. Teal to report to this USPO's office as soon as possible and to call this USPO. At the time of this report, Mr. Teal has not reported as directed or made any verifiable attempt to contact this USPO.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 23, 2024

s/Nicolas Olson

Nicolas Olson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
United States District Judge

July 23, 2024
Date